Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JENNIFER JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-00141 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 20, 2011 |
| | TIME: 9:00 a.m. |
| JENNIFER JESS | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through

Samantha Spangler, Assistant U.S. Attorney, and the defendant JENNIFER JESS by and through

her counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Tuesday

September 6, 2011 be continued to Thursday October 20, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review

discovery with the defendant, to examine possible defenses and to continue investigating the

facts of the case. Additionally, Ms. Jess is presently in the process of being scheduled to undergo

bariatric surgery in September 2011. This is to treat a myriad of medical problems from which

Ms. Jess is suffering including chronic back, bilateral hip pain and morbid obesity.

10cr00141.so.0901.doc                                    - 1 -
09/01/11

1      Accordingly, the parties believe that the continuance should be excluded from the

2 calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure

3 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4 

5 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance

6 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

7 3161(h)(7)(A).

8 

9 DATED:  August 30, 2011

10

11                            Respectfully submitted,

12                             /s/ Preeti Bajwa_____
                           PREETI K. BAJWA

13                            Attorney for Defendant
                           JENNIFER JESS

14

15

16 DATED:  August 30, 2011         BENJAMIN WAGNER

17                            United States Attorney

18

19                             /s/ Samantha Spangler_____
                           SAMANTHA SPANGLER

20                            Assistant U.S. Attorney
                           Attorney for Plaintiff

21

22

23

24

25

26

27

28

1
2                                    **ORDER**

3          The status conference in this matter is continued from September 6, 2011 to

4    October 20, 2011. Time is excluded from today's date through and including October 20,

5
6    2011 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv)

7    [reasonable time to prepare] and Local Code T4.  The Court specifically finds that the

8    interests of justice served by granting this continuance outweigh the best interests of the

9
10   public and the defendant in a speedy trial.

11          IT IS SO ORDERED.

12   September 1, 2011

13
     _____
14        MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28