```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00141 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER REGARDING RESTITUTION |
| JENNIFER LYNN JESS, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated between the parties, through undersigned counsel, that the Court should set the restitution in this case for Jennifer Jess at $25,722, to be paid jointly and severally with the co-defendant, Theresa Constancio a.k.a. Theresa Gallindo.

DATED: July 16, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                            By:  /s/ Samantha S. Spangler
                                 Samantha S. Spangler
                                 Assistant U.S. Attorney

///

///

///

1

1 | DATED: July 16, 2011               /s/ Preeti Bajwa
2 |                                    Preeti K. Bajwa
  |                                    Attorney for Jennifer Lynn Jess
3 |      IT IS SO ORDERED.
4 |
5 |  Dated: July 17, 2012
6 |
7 |                                    _____
  |                                    MORRISON C. ENGLAND, JR.
8 |                                    UNITED STATES DISTRICT JUDGE